**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI (Aberdeen)**

IN RE:    DERRICK LAMONT GORDON                    CASE NO. 26-11044-SDM
                                                                                       CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that the firm of Mitchell McNutt, 215 5th Street North, Post Office Box 1366, Columbus, Mississippi 39703-1366 represents the interests of Bank of Commerce ("BOC"), as counsel in the above referenced Chapter 13 matter.

The undersigned requests that the names shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for BOC at the following address:

> James P. Wilson, Jr., Esq.
> Mitchell McNutt, P.A.
> Post Office Box 1366
> Columbus, MS  39703-1366
> jwilson@mitchellmcnutt.com

Request is further made pursuant to the *Federal Rules of Bankruptcy Procedure* that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the *Federal Rules of Bankruptcy Procedure*.

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the *Bankruptcy Code* specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Request for Notices shall not be deemed or construed to be a waiver of BOC's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge,

40636871

(ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which BOC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BOC expressly reserves.

Dated: April 5, 2026.

Respectfully submitted,

Bank of Commerce

BY:  /s/ James P. Wilson, Jr. (MSB 10783)
*Attorney for Bank of Commerce*

OF COUNSEL:

JAMES P. WILSON, JR. (MSB 10783)
jwilson@mitchellmcnutt.com
MITCHELL MCNUTT
215 5th Street North
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: 662.328.2316
Facsimile: 662.328.8035

40636871

CERTIFICATE OF SERVICE

I, James P. Wilson, Jr., attorney for Bank of Commerce, do hereby certify that a copy of the foregoing instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, as indicated below.

Thomas C. Rollins, Jr.
VIA CM/ECF
*Attorney for Debtor*

Todd S. Johns
VIA CM/ECF
*Chapter 13 Trustee*

United States Trustee
VIA CM/ECF

Dated: April 5, 2026.

/s/ James P. Wilson, Jr.

40636871