_____

**SO ORDERED,**



~Selene Maddox~

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

### The Order of the Court is set forth below. The case docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Mississippi

**IN THE MATTER OF:**                                      **CASE NO.: 26-11044-SDM**
**DERRICK LAMONT GORDON**

***** AMENDED *****

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding
in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's**
principal income is from wages, salary, or commissions; and that the          **DEBTOR** is **paying personally** and is
subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the          **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's**
plan; that the   **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to
creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to
pay from the **DEBTOR's** earnings and pay over to:

| PAYMENTS ONLY | ALL OTHER CORRESPONDENCE |
|---|---|
| Todd S. Johns | Todd S. Johns |
| Standing Chapter 13 Trustee | Standing Chapter 13 Trustee |
| P. O. BOX 1985 | P. O. BOX 1326 |
| MEMPHIS, TN 38101-1985 | BRANDON, MS 39043-1326 |

the sum of   $1,313.00  WEEKLY  .

**DATED AT  Aberdeen, MS** on **05/22/2026**

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236

SUBMITTTED BY;
/s/ Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7633; trustee.johns@ch13mstrustee.com

DERRICK LAMONT GORDON

1519 27TH ST. N
COLUMBUS, MS 39701