**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

**IN THE MATTER OF:**
**DERRICK LAMONT GORDON**

**CASE NO.: 26-11044-SDM**

******* AMENDED *******

**ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE**

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| **PAYMENTS ONLY** | **ALL OTHER CORRESPONDENCE** |
|---|---|
| Todd S. Johns | Todd S. Johns |
| Standing Chapter 13 Trustee | Standing Chapter 13 Trustee |
| P. O. BOX 1985 | P. O. BOX 1326 |
| MEMPHIS, TN 38101-1985 | BRANDON, MS 39043-1326 |

the sum of $675.00 WEEKLY **.**

**DATED AT Aberdeen, MS** on **10/08/2026**

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236

SUBMITTTED BY;
/s/ Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7633; trustee.johns@ch13mstrustee.com

DERRICK LAMONT GORDON

1519 27TH ST. N
COLUMBUS, MS 39701